AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
July 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

**UNITED STATES OF AMERICA**
V.
Johan Osmar SORIA-Loeza

**CRIMINAL COMPLAINT**

Case Number:

EP:25-M-03739-MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  6/30/2025  in  El Paso  County, in the  Western District Of Texas  defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title  8  United States Code, Section(s)  1326(a)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The DEFENDANT, Johan Osmar SORIA-Loeza, an alien to the United States and a citizen of Mexico was found approximately 3.4 miles west of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on May 24, 2025, through the Paso Del Norte Port of Entry in El Paso, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Complaint sworn to telephonically on  July 01, 2025  at  02:00 PM  and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant

Fabiola Cintron
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

7/1/2025
Date

at   El Paso, TX
City/State

Miguel A. Torres    U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Johan Osmar SORIA-Loeza

PEPT# PEPT250700028

07/01/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time, the last one being to MEXICO on May 24, 2025, through PASO DEL NORTE, TX, BRIDGE in El Paso, Texas

Criminal History:
05/21/2025, El Paso, Texas, 8 USC 1325, 50 USC 797, 18 USC 1382(M), CNV, 2 Days.